638

440 A.2d 1258

Commonwealth v. Rodriquez, Appellant.

Submitted December 5, 1980. Charles B. Coleman, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of W. Richard Eshelman, P. J.

CAVANAUGH, J., filed a memorandum concurring statement.

440 A.2d 1258

Commonwealth v. Rodriquez, Appellant.

Submitted December 5, 1980. Charles B. Coleman, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of W. Richard Eshelman, P. J., with addendum.

CAVANAUGH, J., filed a memorandum concurring statement.